IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:00CV32

| | |
|---|---|
| H. DEAN ALLISON, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> DANIEL CONSTRUCTION COMPANY, ) <br> INC., and DANIEL INTERNATIONAL ) <br> CORPORATION, ) <br> ) <br> Defendants. ) <br> ) | O R D E R |

**THIS MATTER** is before the Court *sua sponte* to schedule an initial pretrial conference.

After consultation with counsel of record,

**IT IS, THEREFORE, ORDERED** that this matter is hereby scheduled for an initial pretrial conference on **TUESDAY, AUGUST 28, 2007, AT 2:00 PM**, in the chambers of the undersigned in Asheville, North Carolina.

Signed: May 25, 2007

Lacy H. Thornburg
United States District Judge