# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:00CV32

| | |
|---|---|
| H. DEAN ALLISON, *et al.*, )<br>)<br>This document pertains to: )<br>JOHN A. VOGLER, as Administrator )<br>of the Estate of Anderson L. Vogler, )<br>Deceased, )<br>)<br>      Plaintiffs, )<br>)<br>  vs. )<br>)<br>DANIEL CONSTRUCTION COMPANY, )<br>INC., and DANIEL INTERNATIONAL )<br>CORPORATION, )<br>)<br>      Defendants. )<br>)  | <u>O R D E R</u> |

  **THIS MATTER** is before the Court on motion by the Administrator of the Estate of Anderson L. Vogler to be substituted for the deceased Plaintiff Anderson Vogler.

  On review of the motion, it appears to the Court that John A. Vogler has been duly qualified, appointed and acting as Administrator of Plaintiff Vogler's estate and that the nature of this action is such that the cause of action survives the death of the named Plaintiff.

**IT IS, THEREFORE, ORDERED** that the motion is **ALLOWED**, and John A. Vogler, Administrator of the Estate of Anderson L. Vogler, Deceased, is hereby substituted as Plaintiff for Anderson L. Vogler.

Signed: May 25, 2007

Lacy H. Thornburg
United States District Judge