# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:00CV32

| | |
|---|---|
| H. DEAN ALLISON, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| DANIEL CONSTRUCTION COMPANY, ) | |
| INC., and DANIEL INTERNATIONAL ) | |
| CORPORATION, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court on the Defendants' motions for admission *pro hac vice* of Moffatt G. McDonald, W. David Conner, and Scott E. Frick, to appear as counsel in this matter.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Defendants' motions are **ALLOWED**, and Moffatt G. McDonald, W. David Conner, and Scott E. Frick, are hereby granted special admission to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

Signed: June 11, 2007

*[signature]*

Lacy H. Thornburg
United States District Judge