IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:00CV32

| | |
|---|---|
| H. DEAN ALLISON, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>DANIEL CONSTRUCTION COMPANY, )<br>INC., and DANIEL INTERNATIONAL )<br>CORPORATION, )<br>)<br>Defendants. )<br>) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendants' objection to the Final Pretrial Order entered September 7, 2007. Plaintiffs' counsel has not filed a response to the Defendants' objections.

The Defendants correctly state their objections made to the Court at the time of the August 28, 2007, pretrial conference. At that hearing, the Court considered those objections and declined to incorporate them into the Final Pretrial Order. Having reconsidered the Defendants' objections, the Court again declines to change the pretrial order herein and such objections are overruled.

**IT IS, THEREFORE, ORDERED** that the Defendants' objections are **OVERRULED** without prejudice to renewal at a later date in the event good cause is shown.

Signed: October 9, 2007

Lacy H. Thornburg
United States District Judge