IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:00CV32

| | |
|---|---|
| H. DEAN ALLISON, *et al*., | ) |
| | ) |
| This document pertains to: | ) |
| PAUL C. McCRAW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) |
| | ) |
| DANIEL CONSTRUCTION COMPANY, | ) |
| INC. and DANIEL INTERNATIONAL | ) |
| CORPORATION, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS MATTER** is before the Court on the joint motion of Plaintiff Paul C. McCraw and Defendants Daniel Construction Company, Inc., and Daniel International Corporation, to dismiss his claims without prejudice as to Defendants.

For the reasons stated in the motion, and upon consent of the Plaintiff,

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the joint motion to dismiss is **ALLOWED**, and the claims of Plaintiff Paul C. McCraw, against the Defendants Daniel Construction Company, Inc., and Daniel International Corporation, are hereby **DISMISSED WITHOUT PREJUDICE**, and the Plaintiff Paul C. McCraw may be terminated from the action.

2

Signed: October 17, 2007

Lacy H. Thornburg
United States District Judge