IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:00CV32

| | |
|---|---|
| H. DEAN ALLISON, *et al.*, )<br>)<br>This document pertains to: )<br>LISA GAIL HILL, Administrator of )<br>the Estate of Norman N. Hill, )<br>Deceased, )<br>)<br>                Plaintiffs, )<br>)<br>     vs. )<br>)<br>DANIEL CONSTRUCTION COMPANY,)<br>INC., and DANIEL INTERNATIONAL )<br>CORPORATION, )<br>)<br>                Defendants. )<br>) | <u>O R D E R</u> |

**THIS MATTER** is before the Court on motion by the Administrator of the Estate of Norman N. Hill to be substituted for the deceased Plaintiff Norman N. Hill, and the Administrator's motion for leave to amend the complaint to reflect the death and substitution and to add an additional cause of action alleging the wrongful death of Mr. Hill.

On review of the motions, it appears to the Court that Lisa Gail Hill has been duly qualified, appointed and acting as Administrator of Plaintiff

Norman Hill's estate and that the nature of this action is such that the cause of action survives the death of the named Plaintiff.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's motion is **ALLOWED**, and Lisa Gail Hill, Personal Representative of the Estate of Norman N. Hill, deceased, is hereby substituted as Plaintiff and that the substitution shall be hereafter shown in the title to this action.

**IT IS FURTHER ORDERED** that the Plaintiff's motion to amend complaint is **ALLOWED**, and service of Plaintiff's motion to amend with the attached Amendment to Complaint shall constitute service on the remaining Defendants herein.

Signed: January 22, 2008

Lacy H. Thornburg
United States District Judge