# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA

**IN RE: ASBESTOS PRODUCTS LITIGATION**

| | |
|---|---|
| H. DEAN ALLISON, et al., | C/A No. 1:00CV32-T |
| Plaintiffs, | **ORDER OF DISMISSAL** |
| vs. | |
| DANIEL CONSTRUCTION COMPANY, INC. and DANIEL INTERNATIONAL CORPORATION, | |
| Defendants. | |

**THIS MATTER** is before the Court on the joint motion of Plaintiffs and Defendants Daniel Construction Company, Inc. and Daniel International Corporation to dismiss this action with prejudice as to Daniel Construction Company, Inc. and Daniel International Corporation.

For good cause appearing,

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the joint motion to dismiss is **ALLOWED**, and the claims of Plaintiffs, with the exception of those Plaintiffs named below, against the Defendants Daniel Construction Company, Inc. and Daniel International Corporation, are hereby **DISMISSED WITH PREJUDICE**.

The following named Plaintiffs are excepted from this dismissal:

David K. Brown
John A. Cashatt and Dorothy Cashatt
Ollen J. Farris and Linda Joyce Farris
Max Heath and Jessie Heath
Frank E. Saunders and Marian Saunders
William M. Gaddy, Sr. and Myrtle Gaddy
J. Aubrey Saunders and Georgia Smith Saunders.

Signed: July 28, 2008

Lacy H. Thornburg
United States District Judge