IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:00CV32

| | |
|---|---|
| H. DEAN ALLISON, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>This document pertains to: )<br>J. AUBREY SAUNDERS, and wife )<br>GEORGIA SMITH SAUNDERS, )<br>)<br>vs. )<br>)<br>DANIEL CONSTRUCTION COMPANY, )<br>INC., *et al.*, )<br>)<br>Defendants. )<br>) | **O R D E R** |

**THIS MATTER** is before the Court on the notice of appearance filed by William M. Graham and the law firm of Wallace & Graham, P.A., as counsel of record for the captioned Plaintiffs. *See* **Appearance, filed August 18, 2008.**

**IT IS, THEREFORE, ORDERED** that the claims of J. Aubrey Saunders and wife, Georgia Smith Saunders, are hereby severed from those of the remaining Plaintiffs herein.[1]

**IT IS FURTHER ORDERED** that within 15 days from service of this Order, counsel for the Plaintiffs Saunders and for Defendants shall file a <u>joint</u> pleading with the Court advising the likelihood of settlement of these claims. If a trial is deemed necessary for resolution of these claims, counsel shall file a <u>joint</u> pleading suggesting trial dates for the Court's consideration along with a proposed discovery plan in conjunction with those trial dates.

Signed: August 20, 2008

Lacy H. Thornburg
United States District Judge

---

[1] By separate orders, all claims of the remaining Plaintiffs against the Defendants are being dismissed. Only the claims of Aubrey and Georgia Saunders are pending.