# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:00CV32

| | |
|---|---|
| H. DEAN ALLISON, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>This document pertains to: )<br>J. AUBREY SAUNDERS, and wife )<br>GEORGIA SMITH SAUNDERS, )<br>)<br>vs. )<br>)<br>DANIEL CONSTRUCTION COMPANY, )<br>INC., *et al.*, )<br>)<br>Defendants. )<br>) | **O R D E R** |

**THIS MATTER** is before the Court on receipt of the parties' response to the Court's Order of August 20, 2008. ***See* Joint Response to Court's Order, filed September 4, 2008.**

Counsel for the parties advise that it appears a trial will be unnecessary for the resolution of the remaining claims herein. Therefore, the Court will afford the parties a period of time in which to settle the remaining claims, after which time, the Court will schedule this matter for trial at the next regularly scheduled trial term.

**IT IS, THEREFORE, ORDERED** that the parties have 45 days from entry of this Order in which to present to the Court settlement documents resolving the claims of J. Aubrey Saunders and wife, Georgia Smith Saunders, against the Defendants herein.

Signed: September 8, 2008

Lacy H. Thornburg
United States District Judge