# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

**IN RE: ASBESTOS PRODUCTS LITIGATION**

| | |
|---|---|
| **H. DEAN ALLISON, et al.,** ) | C/A No. 1:00CV32-T |
| ) | |
| Plaintiffs, ) | **ORDER OF DISMISSAL** |
| ) | **WITH PREJUDICE OF** |
| vs. ) | **DEFENDANTS** |
| ) | |
| **DANIEL CONSTRUCTION COMPANY,** ) | |
| **INC. and DANIEL INTERNATIONAL** ) | |
| **CORPORATION,** ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the joint motion of Plaintiffs J. Aubrey Saunders and Georgia Smith Saunders and Defendants Daniel Construction Company, Inc. and Daniel International Corporation to dismiss this action with prejudice as to Daniel Construction Company, Inc. and Daniel International Corporation.

For good cause appearing,

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the joint motion to dismiss is **ALLOWED**, and the claims of Plaintiffs J. Aubrey Saunders and Georgia Smith Saunders against the Defendants Daniel Construction Company, Inc. and Daniel International Corporation, are hereby **DISMISSED WITH PREJUDICE**.

Entry of this Order closes this action as to all parties.

Signed: January 20, 2009

Lacy H. Thornburg
United States District Judge